## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 22-11531 |
| | : | |
| PATRICK R. STONICH and | : | |
| JOSEPH C. MOTTO, | : | |
|                 Debtors | : | Chapter 13 |
| | : | |
| | : | Hearing Date: July 19, 2022 |
| | : | Hearing Time: 10:00 a.m. |
| | : | |
| | : | United States Bankruptcy Court |
| | : | The Gateway Building. |
| | : | 201 Penn Street, 4th Floor |
| | : | Reading, Pennsylvania 19601 |

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     Santander Bank, N.A. has filed a Motion for Relief from the Automatic Stay to Exercise its State Court Remedies with regard to the Business Personal Property and Real Estate located at 4315 Washington Street, Schnecksville, Pennsylvania and to Terminate the Appointment of Receiver for Business Real Estate and Personal Care Home.

     **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

     1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 15, 2022 you or your attorney must do all of the following:

                      (a)    file an answer explaining your position at

                            Clerk, United States Bankruptcy Court
                            Eastern District of Pennsylvania
                            The Gateway Building
                            201 Penn Street, Suite 103
                            Reading, Pennsylvania 19601

     If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

      Charles N. Shurr, Jr., Esquire
      Kozloff Stoudt
      2640 Westview Drive
      Wyomissing, Pennsylvania 19610
      Telephone: (610) 670-2552
      Facsimile: (610) 670-2591

  2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

  3.  A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on Tuesday, July 19, 2022 at 10:00 a.m. in the United States Bankruptcy Court, The Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, Pennsylvania 19601.

  4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

  5.  You may contact the Bankruptcy Clerk's office at (610) 208-5030 to find out whether the hearing has been canceled because no one filed an answer.

Date: _July 1_, 2022        **KOZLOFF STOUDT**

                By: _____
                Charles N. Shurr, Jr., Esquire
                2640 Westview Drive
                Wyomissing, PA 19610
                (610) 670-2552
                Attorneys for Santander Bank, N.A.