**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | PATRICK R. STONICH and : | |
| | JOSEPH C. MOTTO : | CASE NO. 22-11531 |
| | : | |
| | Debtors. : | Chapter 13 |

## CERTIFICATE OF NO PAY ADVICES

I hereby certify that on the 13th day of June 2022, after drafting and preparing Debtors' statements and schedules investigated with Debtors their personal assets during the six (6) calendar months which precede bankruptcy and are at issue on Schedule B.

1. Debtors, Patrick R. Stonich and Joseph C. Motto, are currently not-employed and have been not-employed during the sixty (60) day period preceding the filing of the bankruptcy case on June 13, 2022.

2. Debtors, Patrick R. Stonich and Joseph C. Motto's have had no source of income. Debtors were self-employed, operating a nursing home which was involuntarily closed due to the appointment of a receiver.

Respectfully submitted,

/s/ Michael J. McCrystal
Michael J. McCrystal, Esquire
326 MainStreet
First Floor
Emmaus, PA  18049
610.262.7873

Attorney for Debtors