United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11531-pmm |
| Patrick R Stonich | Chapter 13 |
| Joseph C Motto | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick R Stonich, Joseph C Motto, 6474 Trickle Creek Road, Bath, PA 18014-9254 |
| 14702687 | + | Santander Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14703295 | + | Santander Bank, NA, c/o Charles N. Shurr,Jr, Esq, 2640 Westview Drive, Wyomissing, Pa 19610-1186 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022         Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES N. SHURR, JR. | on behalf of Creditor SANTANDER BANK  N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| JENNA ANNE RATICA | on behalf of Creditor Commonwealth of PA Dept. of Revenue jratica@attorneygeneral.gov |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Joseph C Motto mccrystallaw@gmail.com  sueparalegal@gmail.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Patrick R Stonich mccrystallaw@gmail.com  sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 3

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (READING)

IN RE:                                         :        Bankruptcy No. 22-11531
                                               :
PATRICK R. STONICH and                         :
JOSEPH C. MOTTO,                               :
              Debtors                          :        Chapter 13

## ORDER FOR RELIEF FROM STAY

AND NOW, this __19th__ day of __July_____, 2022 this matter having been brought before the Court upon the Motion of Santander Bank, N.A. ("Bank") for Relief from the Automatic Stay to Exercise its State Court Remedies with regard to the Business Personal Property and Real Estate located at 4315 Washington Street, Schnecksville, Pennsylvania and to Terminate the Appointment of Receiver for Business Real Estate and Personal Care Home, filed by its counsel, Kozloff Stoudt, for good and sufficient cause shown, it is hereby

ORDERED that the automatic stay provided by §362(d) of the Bankruptcy Code is vacated as to the Bank with respect to the equipment, fixtures, inventory, accounts, instruments, chattel paper, general intangibles, documents, deposit accounts, and other tangible and intangible business personal property (collectively, the "Business Personal Property") and real estate located at 4315 Washington Street, Washington Township, 4342 Washington Street, North Whitehall Township, and 4315 Washington Street, North Whitehall Township, Schnecksville, Pennsylvania (collectively, the "Real Estate"), so that the Bank may exercise its state court remedies with regard to said Business Personal Property and Real Estate, including, without limitation, (i) executing upon and foreclosing on the Business Personal Property and Real Estate, and (ii) taking such action as may be necessary to terminate the appointment of a temporary receiver of the Real Estate and the related personal care home operation, including filing and prosecuting a Petition to Terminate the

Appointment of Receiver with the Lehigh County Court of Common Pleas in Civil Action No. 2018-N-0867; and it is

FURTHER ORDERED that the net proceeds from such actions, either by judicial process or otherwise, may be applied against the indebtedness of the Debtors to the Bank; and it is

~~FURTHER ORDERED that the fourteen (14) day period under Fed. R. Bankr. P. 4001(a)(3) shall not apply.~~

BY THE COURT:

*Patricia M. Mayer* (signature)

**Date: July 19, 2022**

Patricia M. Mayer
United States Bankruptcy Judge