**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Patrick R. Stonich |
| Debtor 2 (Spouse, if filing) | Joseph C. Motto |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 22-11531 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Truist Bank

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 7 0 5 8

**Date of payment change:**
Must be at least 21 days after date of this notice: 08/21/2022

**New total payment:**
Principal, interest, and escrow, if any: $ 679.41

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%    New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☐ No
   ☒ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: Interest Only

   Current mortgage payment: $ 591.74    New mortgage payment: $ 679.41

| Debtor 1 | Patrick R. Stonich | Case number (if known) | 22-11531 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Tonya Webb-Bailey
Signature

Date 07/29/2022

Print: Tonya Webb-Bailey
First Name   Middle Name   Last Name

Title: Bankruptcy Analyst

Company: Truist Bank

Address: PO Box 1847
Number   Street

Wilson                    NC     27894
City                      State  ZIP Code

Contact phone: 800-635-3112

Email: defaultbankruptcymanagement@truist.com

CERTIFICATE OF SERVICE

Eastern District of Pennsylvania

I, Tonya Webb-Bailey, of Truist Bank, PO Box 1847, Wilson, NC 27894, do hereby certify:

That I am more than eighteen (18) years of age and:

That on the __29th__ day of _____July_____, 2022, I served a true and exact copy of the within "NOTICE OF MORTGAGE PAYMENT CHANGE" by United States Mail and/or electronic filing addressed to the said respondent(s) at:

Patrick R. Stonich
Joseph C. Motto
6474 TRICKLE CREEK RD
BATH, PA 18014-9254


MICHAEL J MCCRYSTAL
MCCRYSTAL LAW OFFICES
326 MAIN ST STE 1
EMMAUS, PA 18049-2739

SCOTT F WATERMAN
2901 SAINT LAWRENCE AVE STE 100
READING, PA 19606-2265


I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on  07/29/2022            By: /s/ Tonya Webb-Bailey
     (date)                              (signature)



Truist Bank
PO Box 1847
Wilson, NC 27894
Tel: 800.635.3112
Fax: 252.296.7200

Date: July 29, 2022

Ref: Patrick Stonich
Case#: 22-11531
RE: Notice of Mortgage Payment Change

```
Acct...:
Tax #..:
Name...: STONICH,PATRICK
Name 2.: ,
Address: 6474 TRICKLE CREEK RD
Address: BK-STONICH,PATRICK AND MOTTO,J
City...: BATH                              State: PA
Ph(Ho).:                              Zip..: 18014-9254
Ph(Off):                           County..:
Contact Frequency: 000 /   Payment Frequency: 000 /
Comaker: MOTTO,JOSEPH C,
                           Original FOD         Judgment
Charge-Off Amt...:           181,921.38             0.00
Recovered Princ..:                 0.00             0.00
Net Charge-Off...:           181,921.38             0.00
Associated Costs.:               781.00             0.00
Recovered Costs..:                 0.00             0.00
Accrued Interest.:                 0.00             0.00
Recovered Int....:                 0.00             0.00
Account Balance..:           182,702.38             0.00
PF Keys:   3=Prev
```

Sincerely,

/s/ Tonya Webb-Bailey
Bankruptcy Analyst, Truist Bank
Tel: 1-800-635-3112 | Fax: 252-296-7200 | Email: defaultbankruptcymanagement@truist.com