| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 22-11531-PMM

Patrick R Stonich  
Joseph C Motto  
6474 Trickle Creek Road  
Bath  PA    18014

Petition Filed Date: 06/13/2022  
341 Hearing Date: 07/26/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/14/2022 | $400.00 | 28202726452 | | | | | | |

**Total Receipts for the Period: $400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | McCRYSTAL LAW OFFICES | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $8,168.04 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01S | Secured Creditors | $132,991.65 | $0.00 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $3,289.39 | $0.00 | $0.00 |
| 4 | UNITED STATES TREASURY (IRS) »» 02S | Secured Creditors | $475,544.63 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS) »» 02U | Unsecured Creditors | $573,310.69 | $0.00 | $0.00 |
| 6 | ON DECK CAPITAL, INC »» 003 | Unsecured Creditors | $144,859.69 | $0.00 | $0.00 |
| 7 | SANTANDER BANK, N.A. »» 004 | Unsecured Creditors | $2,380,767.18 | $0.00 | $0.00 |
| 8 | ROCKET MORTGAGE LLC »» 005 | Secured Creditors | $21,964.33 | $0.00 | $0.00 |
| 9 | CHASE BANK USA NA »» 006 | Unsecured Creditors | $24,496.71 | $0.00 | $0.00 |
| 10 | KEYBANK N.A. »» 007 | Secured Creditors | $805.81 | $0.00 | $0.00 |
| 11 | GREENSKY, LLC »» 008 | Unsecured Creditors | $28,633.65 | $0.00 | $0.00 |
| 12 | AMERICAN EXPRESS NATIONAL BANK »» 009 | Unsecured Creditors | $20,262.05 | $0.00 | $0.00 |
| 13 | AMERICAN EXPRESS NATIONAL BANK »» 010 | Unsecured Creditors | $6,694.49 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA NA »» 011 | Unsecured Creditors | $9,541.56 | $0.00 | $0.00 |
| 15 | BANK OF AMERICA NA »» 012 | Unsecured Creditors | $40,936.99 | $0.00 | $0.00 |
| 16 | BANK OF AMERICA NA »» 013 | Unsecured Creditors | $3,804.69 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-11531-PMM**

| 17 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $628.82 | $0.00 | $0.00 |
| 18 | APEX FUNDING SOURCE<br>»» 015 | Secured Creditors | $64,031.25 | $0.00 | $0.00 |
| 19 | US BANK NA<br>»» 016 | Unsecured Creditors | $36,877.79 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $32.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $368.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.