United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-11531-pmm |
| Patrick R Stonich | Chapter 13 |
| Joseph C Motto | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Patrick R Stonich, Joseph C Motto, 6474 Trickle Creek Road, Bath, PA 18014-9254 |
| 14710583 | + | Apex Funding Source, 80 Broad St, Suite 3303, New York, New York, NY 10004-2845 |
| 14697673 | + | At Home Inc., 4315 Washington Street, Schnecksville, PA 18078-2175 |
| 14706852 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14710582 | + | Berkovitch & Bouskila, PLLC, 80 Broad St, Suite 3303, New York, NY 10004-2845 |
| 14697678 | + | Charles N. Shurr, Esquire, Kosloff Stoudt, 2640 Westview Drive, Reading, PA 19610-1186 |
| 14697680 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance Lien Section, PO Box 280948, Harrisburg, PA 17128-0948 |
| 14697681 | | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance-Lien, PO Box 280948, Harrisburg, PA 17128-0480 |
| 14700740 | + | Commonwealth of Pennsylvania, Dept. of Revenue, c/o Jenna A. Ratica, Esq., 15th floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14697686 | + | Greensky, Attn: Bankruptcy Dept, 5565 Gleridge Connector, Ste 700, Atlanta, GA 30342-4796 |
| 14697689 | + | KeyBank/US Bank/CC, Attn: Bankruptcy, 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 14697690 | + | Martin Law Firm, Jason B. Martin, Esquire, 725 Skippack Pike, STE 337, Blue Bell, PA 19422-1749 |
| 14697691 | | National Penn Bank, Philadephia & Reading, Boyertown, PA 19512 |
| 14697696 | | Ocwen Loan Servicing, LLC, Attn: Bankruptcy, 661 Worthington Rd Ste 100, West Palm Beach, FL 33409 |
| 14697697 | + | Premium Business Solutions Inc., 90 Broad Street, Floor 16, New York, NY 10004-2854 |
| 14697699 | + | Prothonotary, CCP-Northampton, Case No. C-48-CV-2010-02818, 669 Washington Street, Easton, PA 18042-7408 |
| 14697700 | + | Prothonotary, CCP-Northampton, Case No. C-48-CV-2014-4577, 669 Washington Street, Easton, PA 18042-7408 |
| 14697698 | + | Prothonotary, CCP-Northampton, Case No. C-48-CV-2018-07519, 669 Washington Street, Easton, PA 18042-7408 |
| 14697701 | + | Prothonotary-CCP Lehigh, Case No. 2018-N-0867, 455 W. Hamilton Street, Allentown, PA 18101-1602 |
| 14697702 | + | Prothonotary-CCP Northampton, Case no. C-48_CV-2019-09852, 669 Washington Avenue, Easton, PA 18042-7408 |
| 14698845 | + | Rocket Mortgage, LLC, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14697705 | + | Rubin Law Firm PLLC, attn.: Anna Rubin, Esquire, 90 Broad Street 16th Flr, New York, NY 10004-2854 |
| 14697706 | + | Santander Bank N.A., 215 Grand Avenue, New Haven, CT 06513-3722 |
| 14702687 | + | Santander Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14703295 | + | Santander Bank, NA, c/o Charles N. Shurr,Jr, Esq, 2640 Westview Drive, Wyomissing, Pa 19610-1186 |
| 14697707 | + | Supreme Court of New York, Oneida Division, 200 Elizabeth Street, STE 4, Utica, NY 13501-2220 |
| 14697708 | | Syncb/nations, Attn: Bankruptcy, Po B Ox 965060, Orlando, FL 32895 |
| 14697716 | + | Wf/tempur-pedic, Attn: Bankruptcy, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 08 2022 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 08 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2022 23:58:00 | Commonwealth of PA Dept. of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |

Case 22-11531-pmm   Doc 32   Filed 09/10/22   Entered 09/11/22 00:29:59   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Notice Type / Email | Date/Time | Recipient |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@bbandt.com | Sep 08 2022 23:58:00 | Truist Bank, Bankruptcy Department RVW 3034, PO Box 27767, Richmond, VA 23261-7767 |
| 14706434 | | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 00:03:10 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14697670 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2022 00:03:11 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14697676 | | Email/Text: bankruptcy@bbandt.com | Sep 08 2022 23:58:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14697674 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 08 2022 23:57:00 | Bank of America, Attn: Bankruptcy, Nc4-105-03-14 Po Box 26012, Greensboro, NC 27420 |
| 14697675 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 08 2022 23:58:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14697677 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 09 2022 00:03:03 | Brand Source/Citi Bank, Attn: Bankruptcy, Po Box 6403, Sioux Falls, SD 57117-6403 |
| 14697682 | + | Email/Text: EBN@edfinancial.com | Sep 08 2022 23:57:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14715933 | + | Email/Text: EBN@edfinancial.com | Sep 08 2022 23:57:00 | Edfinancial on behalf of US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 14697685 | + | Email/Text: bbagley@enerbankusa.com | Sep 08 2022 23:58:00 | EnerBankUSA, 1245 Brickyard Road, Suite 600, Salt Lake City, UT 84106-2562 |
| 14705896 | + | Email/Text: bankruptcy@greenskycredit.com | Sep 08 2022 23:57:00 | Greensky,LLC, 1797 North East Expressway Ste. 100, Atlanta, GA 30329-2451 |
| 14697688 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 08 2022 23:58:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14697679 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 09 2022 00:03:09 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14704555 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 08 2022 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14708473 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2022 00:03:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14697692 | + | Email/Text: Bankruptcies@nragroup.com | Sep 08 2022 23:58:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14697695 | + | Email/PDF: pa_dc_claims@navient.com | Sep 09 2022 00:03:19 | Navient, Attn: Bankruptcy, Po Box 9640, Wiles-Barr, PA 18773-9640 |
| 14704006 | + | Email/Text: bankruptcy@ondeck.com | Sep 08 2022 23:58:00 | On Deck Capital, Inc., 1400 Broadway, New York, NY 10018-5300 |
| 14714940 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2022 00:03:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14698720 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 08 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14697703 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2022 23:58:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14704278 | + | Email/Text: bankruptcyteam@quickenloans.com | Sep 08 2022 23:58:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14698331 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:11 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14698139 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:19 | Synchrony Bank, c/o of PRA Receivables |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 62 |

| Recip ID | | Notice Type | Time Sent | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14697709 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14697712 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:19 | Synchrony Bank/Howards, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14697711 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2022 00:03:03 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14697713 | + | Email/Text: marisa.sheppard@timepayment.com | Sep 08 2022 23:58:00 | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 1600 District Avenue Ste 200, Burlington, MA 01803-5233 |
| 14714967 | + | Email/Text: bankruptcy@bbandt.com | Sep 08 2022 23:58:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 14710663 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 08 2022 23:58:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14697715 | + | Email/Text: LCI@upstart.com | Sep 08 2022 23:58:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14697684 | | Elan Financial Service |
| 14705359 | | KeyBank N.A. 4910 Tiedeman Road Brooklyn, OH 44144 |
| cr | *+ | SANTANDER BANK, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14706435 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14697671 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14697672 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14697683 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 14697693 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14697694 | *+ | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14697704 | *+ | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14704183 | *+ | Santander Bank, N.A., c/o Charles N. Shurr, Jr., Esquire, Kozloff Stoudt, 2640 Westview Drive, Wyomissing, PA 19610-1186 |
| 14697710 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14697714 | *+ | Timepayment Corp, LLC., Attn: Bankruptcy Dept, 1600 District Avenue Ste 200, Burlington, MA 01803-5233 |
| 14697687 | ##+ | Happy Rock Merchant Solutions LLC, d/b/a GoCap Financial, 149 W. 36th Street, 12th Floor, New York, NY 10018-9467 |

TOTAL: 2 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 10, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| CHARLES N. SHURR, JR. | on behalf of Creditor SANTANDER BANK N.A. cshurr@kozloffstoudt.com, dgabala@kozloffstoudt.com;jkrallis@kozloffstoudt.com;lbemis@kozloffstoudt.com;hdavis@kozloffstoudt.com |
| JENNA ANNE RATICA | on behalf of Creditor Commonwealth of PA Dept. of Revenue jratica@attorneygeneral.gov |
| MICHAEL J. MCCRYSTAL | on behalf of Joint Debtor Joseph C Motto mccrystallaw@gmail.com sueparalegal@gmail.com |
| MICHAEL J. MCCRYSTAL | on behalf of Debtor Patrick R Stonich mccrystallaw@gmail.com sueparalegal@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Patrick R Stonich<br>    Joseph C Motto<br><br>               Debtors | Chapter 13<br><br>Bankruptcy No. 22-11531-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: September 8, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE